## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY MORSE and THEODORE RAY BUCK, JR.<br><br>Plaintiffs,<br><br>v.<br><br>KWAME RAOUL in his Official Capacity as the Attorney General of Illinois; MARCY CASCIO-HALE in her Official Capacity as the State Attorney for Williamson County, Illinois; and SEAN FEATHERSTUN in his Official Capacity as State Attorney for Jefferson County, Illinois,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERIFICATION

I, Theodore Ray Buck, Jr., declare as follows:

1. I am a Plaintiff in the present case and a citizen of the United States of America.

2. I have personal knowledge of myself, my activities, and my intentions, including those set out in the foregoing *Verified Complaint for Declaratory and Injunctive Relief*, and if called on to testify, I would competently testify as to the matters stated herein.

3. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this *Verified Complaint for Declaratory and*

1

Exhibit "1"

*Injunctive Relief* concerning myself, my activities, and my intentions are true and

correct.

> Executed on November 23, 2022.
>
> Theodore Ray Buck, Jr.