IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY MORSE and THEODORE RAY BUCK, JR. <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL in his Official Capacity as the Attorney General of Illinois; THEODORE HAMPSON in his Official Capacity as the State Attorney for Williamson County, Illinois; and SEAN FEATHERSTUN in his Official Capacity as State Attorney for Jefferson County, Illinois <br><br> Defendants. | Civil Action No. 22-cv-2740-DWD |

## **VERIFICATION**

I, Larry Morse, declare as follows:

1. I am a Plaintiff in the present case and a citizen of the United States of America.

2. I have personal knowledge of myself, my activities, and my intentions, including those set out in the foregoing *Verified Amended Complaint for Declaratory and Injunctive Relief*, and if called on to testify, I would competently testify as to the matters stated herein.

3. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this *Verified Amended Complaint for*

1

Exhibit "2"

*Declaratory and Injunctive Relief* concerning myself, my activities, and my intentions are true and correct.

Executed on December 7, 2022.

_____
Larry Morse