**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

LARRY MORSE,                                    )
THEODORE RAY BUCK, JR.,              )
                                                             )
            Plaintiffs,                                 )
                                                             )
      -vs-                                                )        No. 22-cv-02740-DWD
                                                             )
KWAME RAOUL, in his official capacity )
as the Attorney General of Illinois, et al.,   )
                                                             )
            Defendants.                               )

## NOTICE OF APPEARANCE

Now Comes Thomas Ewick, Assistant Attorney General, State of Illinois, for and on

behalf of KWAME RAOUL, Attorney General of the State of Illinois, and hereby enters his

appearance as counsel on behalf of the Defendant, KWAME RAOUL, in his official capacity as

the Attorney General of Illinois, in the above cause.

                                        Respectfully submitted,

                                        KWAME RAOUL, in his official capacity as the
                                        Attorney General of Illinois,

                                               Defendants,

                                        KWAME RAOUL, Attorney General
Thomas R. Ewick, #6279084          State of Illinois,
Assistant Attorney General
500 South Second Street                       Attorney for Defendants,
Springfield, Illinois 62701
Phone: (217) 785-4555              By: s/ Thomas R. Ewick
Fax: (217) 524-5091                       Thomas R. Ewick, #6279084
E-Mail: Thomas.Ewick@ilag.gov             Assistant Attorney General

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LARRY MORSE, | ) | |
| THEODORE RAY BUCK, JR., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | No. 22-cv-02740-DWD |
| | ) | |
| KWAME RAOUL, in his official capacity | ) | |
| as the Attorney General of Illinois, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2022, the foregoing document, *Notice of Appearance*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Alexander Beck – alan.alexander.beck@gmail.com
Stephen Stamboulieh – stephen@sdslaw.us

And I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant:

None

Respectfully submitted,

By: s/ Thomas R. Ewick

Thomas R. Ewick, #6279084
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
Phone: (217) 785-4555
Email: Thomas.Ewick@ilag.gov