IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY MORSE, ) | |
| THEODORE RAY BUCK, JR., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | No. 22-cv-02740-DWD |
| ) | |
| KWAME RAOUL, in his official capacity ) | |
| as the Attorney General of Illinois, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO EXTEND DEADLINES FOR FILING A
RESPONSIVE PLEADING AND FOR THE JOINT REPORT OF
THE PARTIES AND TO CONTINUE THE SCHEDULING CONFERENCE**

NOW COMES the Defendants, KWAME RAOUL, by and through his attorney Thomas R. Ewick, Illinois Attorney General's Office, THEODORE HAMPSON, by and through his attorney Joseph D. Bracey, Jr., OKGC Law, LLC, and Plaintiffs, LARRY MORSE and THEODORE RAY BUCK, JR., by and through their attorneys Stephen D. Stamboulieh, Stamboulieh Law, PLLC, and Alan Alexander Beck, Law Office of Alan Beck, and pursuant to Fed. R. Civ. P. 16 and Local Rule 16.3, submit this Joint Motion to Extend Deadlines for Filing a Responsive Pleading and For the Joint Status Report and to Continue the Scheduling Conference. In support thereof, the parties not the following:

1. On December 8, 2022, Plaintiffs filed an Amended Complaint. (Doc.8).

2. Defendant Raoul's response to the Amended Complaint is due on December 22, 2022.

3. Recently, Defendant Hampson was served with a summons and the amended complaint.

4. Per this Court's December 9, 2022 Text Order, a Scheduling Conference is currently scheduled for January 10, 2023 at 3:00 p.m. and a Joint Report of the Parties is due on or before January 3, 2022.

5. The undersigned attorney for Defendant Raoul has started drafted a responsive pleading but needs additional time to confer with his supervisors who are required to review all pleadings in this matter.

6. The undersigned attorney for Defendant Hampson was just recently retained, and his client, as the State's Attorney of Williamson County, may be requesting representation in this matter from the Office of Attorney General.

7. The Jefferson County State's Attorney has not entered an appearance yet. As such, Plaintiffs and the other defendants have not been able to meet and confer with the Jefferson County defendant with regard to the Joint Report of the Parties by January 3, 2022.

8. On December 21, 2022, the undersigned conferred during a telephone conference call and agreed to allow Defendants until January 20, 2022 to file a responsive pleading and further agreed, given the above circumstances, it would be prudent to extend the deadline for filing a Joint Report of the Parties and to Continue the January 3, 2022 Scheduling Conference for approximately 30 days or at the Court's convenience to give the County defendants additional time to request the Attorney General defend them in this action and to give the parties additional time to confer on the substantive matters attendant to the Joint Report of the Parties.

WHEREFORE, parties respectfully request this Court enter an order allowing Defendants until January 20, 2022 to file a response to the Amended Complaint and to continue the deadline for filing a Joint Report of the Parties and also continue the January 3, 2022 for a period of 30 days or upon the Court's convenience.

Respectfully submitted,

**KWAME RAOUL**, Defendant

By: /s/ *Thomas R. Ewick*
One of His Attorneys

Thomas R. Ewick, #6279084
Illinois Attorney General's Office
500 South Second Street
Springfield, IL 62701
Thomas.ewick@ilag.gov

**THEODORE HAMPSON**, Defendant

By: /s/ *Joseph D. Bracey, Jr.* (by consent)
One of His Attorneys

Joseph D. Bracey, Jr., #6322428
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
jbracey@okgc.com

**LARRY MORSE and THEODORE RAY BUCK,** Plaintiffs

By: /s/ *Stephen D. Stamboulieh* (by consent)
One of Their Attorneys

Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
stephen@sdslaw.us

By /s/ *Alan Alexander Beck* (by consent)
One of Their Attorneys

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
Alex.alexander.beck@gamil.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LARRY MORSE, ) | |
| THEODORE RAY BUCK, JR., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | No. 22-cv-02740-DWD |
| ) | |
| KWAME RAOUL, in his official capacity ) | |
| as the Attorney General of Illinois, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2022, the foregoing document, *Joint Motion to Extend Deadlines for Filing a Responsive Pleading and for the Joint Report of the Parties and to Continue the Scheduling Conference,* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Alan Alexander Beck | alan.alexander.beck@gmail.com |
| Stephen Stamboulieh | stephen@sdslaw.us |
| Martin Plute | martin.plute@ilag.gov |
| Joseph D. Bracey, Jr. | jbracey@okgc.com |

And I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant:

None

    Respectfully submitted,

    s/ Thomas R. Ewick
    Thomas R. Ewick, #6279084
    Assistant Attorney General
    500 South Second Street
    Springfield, IL 62701
    (217) 782-2077 Phone
    (217) 782-8767 Fax
    Email: Thomas.Ewick@illinois.gov