UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| LARRY MORSE and <br> THEODORE RAY BUCK, JR., <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his official capacity <br> as Attorney General of Illinois, et al., <br><br> Defendants. | No. 3:22-cv-02740-DWD |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE ANSWER / RESPONSIVE PLEADING**

Defendant, Theodore Hampson, in his official capacity as State's as Williamson County State's Attorney, hereby moves *without objection* pursuant to Fed. R. Civ. P. 6(b)(1)(A) and requests the Court extend the deadline to file an answer or other responsive pleading by an additional 14 days, from January 20 to February 3, 2023. In support thereof:

1. Plaintiffs currently proceed on their first amended complaint and generally raise a constitutional challenge to those portions of Illinois law that regulate the possession of firearm suppressors. *See* ECF #8.

2. Theodore Hampson is named as a defendant solely in his official capacity as Williamson County State's Attorney. *Id.* at 2, ¶ 4. His answer is due today, January 20, 2023. *See* ECF #22.

3. State's Attorney Hampson recently took office in December 2022 and has been busy assuming the new duties and responsibilities thereof. As a result, defendant requires an additional 14 days to discuss litigation strategy and file an appropriate answer or other responsive pleading.

4.      The Court may extend the answer deadline for good cause shown. *See* Fed. R. Civ. P 6(b)(1)(A).

5.      Attorney Bracey conferred with plaintiff's counsel via telephone and email on January 19, 2022 who indicated *no objection* to the extension sought herein.

6.      Granting this brief 14 day extension of time *will not* affect the remaining Court deadlines currently set for this case. *See* ECF #25 (joint report of the parties due Feb. 7, 2023; initial scheduling conference set for February 14, 2023 at 3:00 pm via Zoom).

WHEREFORE, defendant Theodore Hampson requests the Court extend the deadline to file his answer or other responsive pleading up to and including February 3, 2023.

|  |  |
|---|---|
| Joseph D. Bracey, Jr. #6322428<br>Bhairav Radia # 6293600<br>OKGC Law, LLC<br>650 Dundee Road, Suite 475<br>Northbrook, IL 60062<br>Phone: 847-291-0200<br>Email: jbracey@okgc.com | Respectfully submitted,<br><br>**Theodore Hampson,**<br>**in his Official Capacity as**<br>**Williamson County State's Attorney**<br><br>By: *s/ Joseph D. Bracey, Jr.* |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| LARRY MORSE and<br>THEODORE RAY BUCK, JR., | )<br>)<br>) | No. 3:22-cv-02740-DWD |
| Plaintiffs, | ) | |
| v. | )<br>)<br>) | |
| KWAME RAOUL, in his official capacity<br>as Attorney General of Illinois, et al., | )<br>)<br>) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that on January 20, 2023, the foregoing document, **Consent Motion for Extension of Time to File Answer / Responsive Pleading**, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Alan Beck**
alan.alexander.beck@gmail.com
**Stephen Stamboulieh**
stephen@sdslaw.us
*Attorneys for plaintiffs*

**Thomas Ewick**
thomas.ewick@ilag.gov
**Martin Plute**
martin.plute@ilag.gov
*Attorneys for defendant*
*Kwame Raoul*


By: *s/ Joseph D. Bracey, Jr.*
*Attorney for defendant*
*Theodore Williamson,*
*in his Official Capacity as*
*Williamson County State's Attorney*