### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY MORSE and THEODORE RAY BUCK, JR. <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL in his Official Capacity as the Attorney General of Illinois, et al. <br><br> Defendants. | Civil Action No. 3:22-cv-02740-DWD |

## PLAINTIFFS' MOTION TO AMEND THEIR COMPLAINT

NOW COME Plaintiffs, by and through counsel, and file this, their Motion to Amend Their Complaint, and would show unto the Court the following:

On January 20, 2023, Defendant Kwame Raoul filed a Motion to Strike various paragraphs of Plaintiffs' Amended Complaint. ECF# 29. Plaintiffs responded on January 31, 2031. ECF# 33. On February 3, 2023, Defendant Sean Featherstun filed his Motion to Strike, but instead of paragraphs, he is seeking to strike the entire Amended Complaint. ECF# 36. It is likely that Defendant Hampson will take the same path as his co-defendants. Because this motion practice is wasting time and judicial resources, Plaintiffs move this Court for leave to file their Second Amended Complaint which removes the citations to the cases, among other things.

Fed. R. Civ. P. 15(a)(2) allows a party to amend with "the court's leave" and that the "court should freely give leave when justice so requires." The proposed Second Amended Complaint removes the allegedly objectionable material and will dispense with

the necessity of the Court having to rule on two (and most likely, three) motions to strike.

Plaintiffs' counsel requested the position of the Defendants' counsel on this request. Counsel for Defendant Hampson and Defendant Featherstun do not object to the relief requested in this Motion. Counsel for the State did not respond to state a position.

A copy of the proposed Second Amended Complaint will be sent to the Presiding Judge's email address with a copy to all counsel of record. The proposed Second Amended Complaint was edited in tracked changes and is being submitted to the Court in both PDF and Word formats.

Respectfully submitted,

Dated: February 7, 2023.

*/s/Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784


Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Alan.alexander.beck@gmail.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Stephen D. Stamboulieh, counsel for Plaintiff, hereby certify that on this day, I have caused to be filed the foregoing document or pleading with the District Court's ECF which sent a notice and a copy of the foregoing to all counsel of record.

Dated: February 7, 2023.

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh