**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

LARRY MORSE and THEODORE RAY BUCK, JR.

Plaintiffs,

v.

KWAME RAOUL in his Official Capacity as the Attorney General of Illinois; THEODORE HAMPSON in his Official Capacity as the State Attorney for Williamson County, Illinois; and SEAN FEATHERSTUN in his Official Capacity as State Attorney for Jefferson County, Illinois

Defendants.

Civil Action No. 22-cv-2740-DWD

**VERIFICATION**

I, Larry Morse, declare as follows:

1. I am a Plaintiff in the present case and a citizen of the United States of America.

2. I have personal knowledge of myself, my activities, and my intentions, including those set out in the foregoing *Verified Second Amended Complaint for Declaratory and Injunctive Relief*, and if called on to testify, I would competently testify as to the matters stated herein.

3. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this *Verified Second Amended Complaint for*



Exhibit "2"

*Declaratory and Injunctive Relief* concerning myself, my activities, and my intentions are true and correct.

Executed on February 7, 2023.

Larry Morse