## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LARRY MORSE, | ) | |
| THEODORE RAY BUCK, JR., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | No. 22-cv-02740-DWD |
| | ) | |
| KWAME RAOUL, in his official capacity as the Attorney General of Illinois, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO WITHDRAW COUNSEL

NOW COMES the Defendant, KWAME RAOUL, in his official capacity as the Attorney General of Illinois, by and through his attorney, Kwame Raoul, Attorney General for the State of Illinois, and for his Motion to Withdraw Counsel, states as follows:

1. Assistant Attorney General Martin Plute is no longer assigned to this matter.

2. Assistant Attorney General Thomas R. Ewick is now assigned to represent the above-named Defendant in this matter.

3. It is requested that Assistant Attorney General Martin Plute be removed from the Court's service list as counsel for the Defendant.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this Honorable Court to allow the withdrawal of Assistant Attorney General Martin Plute, and that Assistant Attorney General Martin Plute be terminated and removed from the service list as counsel for the Defendant named herein.

        Respectfully submitted,

        KWAME RAOUL, in his official capacity as the
        Attorney General of Illinois,

            Defendant,

        KWAME RAOUL, Attorney General,
        State of Illinois,

Martin Plute #6330296
Assistant Attorney General         Attorney for Defendant,
201 West Pointe Dr. Suite 7
Swansea, IL 62226
Phone (217) 557-7081         BY:  s/Martin Plute
Fax: (618) 236-8620             Martin Plute #6330296
E-Mail: Martin.Plute@ilag.gov       Assistant Attorney General
& gls@ilag.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY MORSE, <br> THEODORE RAY BUCK, JR., <br> <br> Plaintiffs, <br> <br> -vs- <br> <br> KWAME RAOUL, in his official capacity <br> as the Attorney General of Illinois, et al., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 22-cv-02740-DWD <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF SERVICE

  I hereby certify that on May 12, 2023, the foregoing document, *Motion to Withdraw Counsel*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Alexander Beck – alan.alexander.beck@gmail.com
Stephen Stamboulieh – stephen@sdslaw.us
Keith B. Hill – khill@heylroyster.com
James E. Godfrey, Jr. – jgodfrey@evans-dixon.com

And I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant:

None

                    Respectfully Submitted,

                    BY: s/Martin Plute
                    Martin Plute #6330296
                    Assistant Attorney General
                    201 West Pointe Dr. Suite 7
                    Swansea, IL 62226
                    Phone: (217) 557-7081
                    Fax: (618) 236-8620
                    E-Mail: Martin.Plute@ilag.gov
                    & gls@ilag.gov