IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY MORSE and<br>THEODORE RAY BUCK, JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL et al.,<br><br>    Defendants. | No. 3:22-cv-02740-DWD |
| CARLIN ANDERSON and<br>DAVE CLARK,<br><br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL et al.,<br><br>    Defendants. | No. 3:23-cv-00728-DWD |

**JOINT RESPONSE TO ORDER**

On June 15, the Court consolidated these actions and directed the parties to submit an amended joint report, including their positions on whether the current trial date in the *Morse* action is still attainable after consolidation. ECF 65. Subsequently, on June 26, Defendants Kwame Raoul, Brendan F. Kelly, Craig Miller, and Bryan Robbins filed a motion for judgment on the pleadings, ECF 68, and a motion to stay discovery pending its resolution, ECF 69. In view of these developments, the parties respectfully suggest any discussions or decisions regarding discovery deadlines or the current trial date should be postponed until after the Court has ruled on the motion to stay discovery.[*]

---

[*] The undersigned contacted counsel for Defendant Theodore Hampson but was unable to obtain his position on this joint response in advance of filing. All other parties join this response.

1

| | |
|---|---|
| Dated: June 28, 2023 | Respectfully submitted, |

/s/ Stephen D. Stamboulieh (with permission)
Stambouliehr Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

-and-

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Alan.alexander.beck@gmail.com

*Counsel for Plaintiffs Larry Morse and Theodore Ray Buck, Jr.*

/s/ Peter A. Patterson (with permission)
David H. Thompson
Peter A. Patterson
Athanasia O. Livas
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
alivas@cooperkirk.com

-and-

David G. Sigale
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, Illinois 60187
630.452.4547
dsigale@sigalelaw.com

*Counsel for Plaintiffs Carlin Anderson and Dave Clark*

/s/ Darren Kinkead
Darren Kinkead, ARDC No. 6304847
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601
(773) 590-6967
Darren.Kinkead@ilag.gov

*Counsel for Defendants Kwame Raoul, Brendan F. Kelly, Craig Miller, and Bryan Robbins*

/s/ Keith B. Hill (with permission)
Keith B. Hill
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Suite 100, Mark Twain Plaza III
105 West Vandalia
Edwardsville, Illinois 62025 0467
Telephone 618.656.4646
Facsimile 309.420.0402
khill@heylroyster.com

*Counsel for Defendant Sean Featherstun*