# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY MORSE and THEODORE RAY BUCK, JR.<br><br>Plaintiffs,<br><br>v.<br><br>KWAME RAOUL in his Official Capacity as the Attorney General of Illinois, et al.<br><br>Defendants. | Civil Action No. 3:22-cv-02740-DWD |
| CARLIN ANDERSON and DAVE CLARK<br><br>Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, et al.,<br><br>Defendants. | Civil Action No. 3:23-cv-00728-DWD |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully move for leave of court to file the following supplemental authorities.[1] Recently, the United States District Court for the Southern District of California issued two opinions which are relevant to the motion for judgment on the

---

[1] Defendant Kwame Raoul states that he does not oppose this motion but notes the same questions decided in Plaintiffs' supplemental authority are currently pending before the Seventh Circuit in *Barnett v. Raoul*, No. 23-1825 (oral argument held on June 29, 2023). As mentioned in his reply, ECF 77 at 5, if the Seventh Circuit issues its decision before the Court resolves Defendant's motion for judgment on the pleadings, Defendant will be happy to provide a supplemental brief discussing how the decision offers guidance.

Defendant Featherstun does not oppose Plaintiffs' motion for supplemental authority.

pleadings which is pending before this Court. The first is *Duncan v. Bonta*, No. 17-cv-1017-BEN (JLB), 2023 U.S. Dist. LEXIS 169577 (S.D. Cal. Sep. 22, 2023) which found that California's ban on firearm magazines which hold more than ten rounds violates the Second Amendment. The second case is *Miller v. Bonta*, No. 19-cv-01537 BEN (JLB), 2023 U.S. Dist. LEXIS 188421 (S.D. Cal. Oct. 19, 2023). That case found California's ban on certain rifles deemed assault weapons violates the Second Amendment.

Both cases are relevant to the matter before this court because Plaintiffs rely heavily on *United States v. Miller*'s, 307 U.S. 174 (1939) reasoning in their Response to Defendants' Judgement on the Pleadings. *See* Doc. No. [76] at *10-11. Similarly, in both *Duncan v. Bonta* and *Miller v. Bonta*, the Court relied heavily on *United States v. Miller* in its rulings. Thus, the legal reasoning in both these cases is relevant to this Court's decision making here.

Respectfully submitted,

*/s/Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Alan.alexander.beck@gmail.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Stephen D. Stamboulieh, counsel for Plaintiffs, hereby certify that on this day, I have caused to be filed the foregoing document or pleading with the District Court's ECF which sent a notice and a copy of the foregoing to all counsel of record.

Dated:  Oct. 31, 2023.

                                                                  /s/ *Stephen D. Stamboulieh*
                                                                  Stephen D. Stamboulieh