IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LARRY MORSE and THEODORE RAY BUCK, JR. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 3:22-cv-02740-DWD |
| KWAME RAOUL in his Official Capacity as the Attorney General of Illinois, et al. | ) ) ) | |
| Defendants. | ) ) ) | |
| CARLIN ANDERSON and DAVE CLARK | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 3:23-cv-00728-DWD |
| KWAME RAOUL, et al., | ) ) | |
| Defendants. | ) ) ) | |

**JOINT MOTION TO STAY PROCEEDINGS PENDING RULING ON JUDGMENT ON THE PLEADINSG**

The Parties respectfully file this Joint Motion to Stay Proceedings Pending Ruling on Defendants Kwame Raoul, Brendan F. Kelly, Craig Miller and Bryan Robbins' Motion for Judgment on the Pleadings (ECF No. 68). Previously, these Defendants filed a Motion to Stay Discovery (ECF No. 69). Plaintiffs Morse and Buck suggested that the Court should adjourn all deadlines pending resolution of the Motion for Judgment on the Pleadings. (ECF No. 70). This Court granted that Motion to Stay Discovery, but did "not adjourn any other settings in this matter" and stated that the "parties may renew their request to revise the current scheduling and discovery

order after resolution of Defendants' motion." *See* July 11, 2023 Minute Order. However, Defendants' motion has not yet been ruled upon.

Currently, the Parties have a dispositive motion deadline which expires on February 22, 2024. The Parties have discussed the relief requested in this motion and agree that it would be beneficial and conserve resources for both the Court and the Parties, to adjourn the remainder of the deadlines in the Scheduling Order pending this Court's ruling on the Motion for Judgment on the Pleadings as that Motion is a potentially dispositive motion.

As such, the Parties request that the remaining deadlines in the consolidated matters to be adjourned pending this Court's ruling on the Motion for Judgment on the Pleadings.

Respectfully submitted,

*/s/Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Alan.alexander.beck@gmail.com
*Counsel for Plaintiffs Morse and Buck*

*/s/ Darren Kinkead* (with permission)
Darren Kinkead, ARDC No. 6304847
Office of the Attorney General
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov
Counsel for Defendants Kwame Raoul, Brendan F. Kelly, Craig Miller and Bryan Robbins

BY: */s/ Keith B. Hill (with permission)*
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Keith B. Hill, ARDC #6277660

Counsel for SEAN FEATHERSTUN, in his Official Capacity as State's Attorney for Jefferson County, Illinois, Defendant,

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com


*/s/ David H. Thompson (with permission)*
David H. Thompson*
Peter A. Patterson*
Athanasia O. Livas*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
alivas@cooperkirk.com
*Admitted *pro hac vice*

*Attorneys for Anderson Plaintiffs*

By: */s/ James E. Godfrey, Jr. (with permission)*
James E. Godfrey, #6191771
Evans & Dixon, LLC
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102
jdodfrey@evans-dixon.com

*Attorney for Theodore Hampson*

## CERTIFICATE OF SERVICE

I, Stephen D. Stamboulieh, counsel for Plaintiffs Morse and Buck, hereby certify that on this day, I have caused to be filed the foregoing document or pleading with the District Court's ECF which sent a notice and a copy of the foregoing to all counsel of record.

Dated:  January 29, 2024.

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh