IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY MORSE, et al.,<br>    *Plaintiffs*,<br>v.<br>KWAME RAOUL, et al.,<br>    *Defendants*. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  3:22-cv-02740-DWD<br>)<br>)<br>) |
| CARLIN ANDERSON, et al.,<br>    *Plaintiffs*,<br>v.<br>KWAME RAOUL, et al.,<br>    *Defendants*. | )<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  3:23-cv-00728-DWD<br>)<br>)<br>)<br>) |

**PLAINTIFFS' SECOND MOTION FOR LEAVE TO FILE
SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully move this Court to file the following additional supplemental authority as to Plaintiffs' Responses in Opposition to Defendants' pending Motion for Judgment on the Pleadings, Docs. # 75, 76 (July 26, 2023).

The American Academy of Otolaryngology-Head and Neck Surgery ("AAO-HNS"), "one of the world's largest organizations representing specialists who treat the ears," *About Us*, AM. ACAD. OF OTOLARYNGOLOGY-HEAD & NECK SURGERY, *available at* https://bit.ly/3DbWY7Y, recently issued a position statement "endors[ing] the use of firearm suppressors as an effective method of reducing the risk of hearing loss, especially when used in conjunction with conventional hearing protective measures." *Suppressors for Hearing Preservation*, AM. ACAD. OF OTOLARYNGOLOGY-HEAD & NECK SURGERY (Nov. 18, 2024) (attached as Ex. A), at 1. This position statement recognized that "CDC research has shown that 'the only potentially effective noise control method to reduce [shooters'] noise exposure from gunfire is through the use of noise

1

suppressors that can be attached to the end of the gun barrel.' " *Id.* And the "benefit" of using a suppressor "is *additive* when used with ear-level hearing protection devices such as circumaural muffs or ear plugs." *Id.* (emphasis added).

The endorsement of suppressors by one of the largest groups of specialists in hearing damage further supports the Plaintiffs' allegations that suppressors facilitate the safe use of firearms, provide crucial benefits not satisfied by at-the-ear protection, and perform critical functions in the use of firearms for self-defense, proficiency practice, and other activities protected by the Second Amendment. *See* Doc. 76 at 10–14; Doc. 75 at 6, 13; *see also* Second Am. Compl. at ¶ 37, Doc. 42 (Feb. 9, 2023) ("Suppressors improve accuracy by reducing recoil and also reduce hearing loss and disorientation after firing[.]").

| | |
|---|---|
| December 9, 2024 | Respectfully submitted, |
| | /s/ David H. Thompson |
| | David H. Thompson* |
| David G. Sigale (Atty. ID# 6238103) | Peter A. Patterson* |
| LAW FIRM OF DAVID G. SIGALE, P.C. | Athanasia O. Livas* |
| 55 West 22nd Street, Suite 230 | COOPER & KIRK, PLLC |
| Lombard IL 60148 | 1523 New Hampshire Avenue, N.W. |
| 630.452.4547 | Washington, D.C. 20036 |
| dsigale@sigalelaw.com | (202) 220-9600 |
| | dthompson@cooperkirk.com |
| | ppatterson@cooperkirk.com |
| | alivas@cooperkirk.com |
| | *Admitted *pro hac vice* |

*Attorneys for Plaintiffs Carlin Anderson, et al.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, I cause the foregoing to be filed using the CM/ECF system, which will send notification of such filing to counsel of record, who are registered CM/ECF participants.

/s/ David H. Thompson
David H. Thompson

*Attorney for Plaintiffs Carlin Anderson, et al.*