# EXHIBIT A


← ALL RESOURCES

# Suppressors for Hearing Preservation

NOVEMBER 18, 2024

  

Sound suppressors are mechanical devices attached to the barrel of a firearm designed to reduce harmful impulse noise of firearms at its source. CDC research has shown that "The only potentially effective noise control method to reduce [shooters'] noise exposure from gunfire is through the use of noise suppressors that can be attached to the end of the gun barrel."[1]  Suppressors reduce muzzle blast noise by up to 30 dB.[2] Their benefit is additive when used with ear-level hearing protection devices such as circumaural muffs or ear plugs.[3] The American Academy of Otolaryngology-Head and Neck Surgery endorses the use of firearm suppressors as an effective method of reducing the risk of hearing loss, especially when used in conjunction with conventional hearing protective measures.

*Approved November 2024*

**References:**

1. Chen L, Brueck SE. Noise and Lead Exposures at an Outdoor Firing Range — California.*Health Hazard Evaluation Report* HETA 2011-0069-3140:5:5.

2. Branch M,"Comparison of Muzzle Suppression and Ear-Level Hearing Protection in Firearm Use", *Otolaryngology-Head and Neck Surgery*, 144(6): 950-953.

3. Heiman D, et al., ibid; Le Prell CG. Sound level suppressors for firearm noise reduction: Implications for hearing conservation. *Hearing Review.* 2017;24(12):26-30

**Important Disclaimer Notice (Updated 7/31/14)**

Position statements are approved by the American Academy of Otolaryngology–Head and Neck Surgery or Foundation (AAO-HNS/F) Boards of Directors and are typically generated from AAO-HNS/F committees. Once approved by the Academy or Foundation Board of Directors, they become official position statements and are added to the existing position statement library. In no sense do they represent a standard of care. The applicability of position statements, as guidance for a procedure, must be determined by the responsible physician in light of all the circumstances presented by the individual patient. Adherence to these clinical position statements will not ensure successful treatment in every situation. As with all AAO-HNS/F guidance, this position statement should not be deemed inclusive of all proper treatment decisions or methods of care, nor exclusive of other treatment decisions or methods of care reasonably directed to obtaining the same results. Position statements are not intended to and should not be treated as legal, medical, or business advice.

## Related Content

**Pay Parity in Otolaryngology**

POSITION STATEMENT

The American Academy of Otolaryngology–Head and Neck Surgery (AAO-HNS) supports fair and transparent compensation and the concept of equal...

**Transgender Voice**

POSITION STATEMENT

The AAO-HNS/F recognizes the unique needs of transgender and gender-diverse individuals seeking gender-affirming care. We affirm our commitment to...

**Otolaryngologic On-Call Services**

POSITION STATEMENT

The American Academy of Otolaryngology-Head and Neck Surgery fully supports access to emergency otolaryngologic care for all members of...



AAO-HNS Foundation    Newsroom
ENT Careers    OTO Store
Industry Programs    Calendar

   

Contact Us

1650 Diagonal Rd
Alexandria VA 22314

1-703-836-4444

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. No cookies are used for advertisement purposes nor shared with third parties. By clicking "Accept", you consent to the use of ALL the cookies.    Cookie settings    Accept