IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LARRY MORSE and THEODORE RAY BUCK, JR. | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:22-cv-02740-DWD |
| v. | ) ) | |
| KWAME RAOUL in his Official Capacity as the Attorney General of Illinois, et al. | ) ) ) | |
| Defendants. | ) ) | |
| CARLIN ANDERSON and DAVE CLARK | ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:23-cv-00728-DWD |
| v. | ) ) | |
| KWAME RAOUL, et al., | ) ) | |
| Defendants. | ) ) | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Plaintiffs Larry Morse and Theodore Ray Buck, Jr., joined by Plaintiffs Carlin Anderson and Dave Clark, respectfully move for leave of court to file the following supplemental authority. On February 13, 2025, Defendants filed a Motion for Leave to File Supplemental authority regarding the Fifth Circuit's opinion in *United States v. Peterson*, 127 F.4th 941 (5th Cir. 2025). In *Peterson*, the Fifth Circuit held that suppressors are "not protected" by the Second Amendment. *Id*. at 947. The Fifth Circuit is currently deciding whether to grant Defendant Peterson's petition for *en banc* rehearing.

On May 23, 2025, the Department of Justice filed a supplemental brief, attached, which explained that "suppressors facilitate the constitutional right to keep and bear arms" (Document 129-2, pages 4-5) and that "restrictions on suppressors impose a burden on using firearms that implicates the Second Amendment (*id*. at 5). Additionally, the Department of Justice stated that "a complete ban on suppressors would be unconstitutional…" *Id*. at 11.

Respectfully submitted,

| | |
|---|---|
| David H. Thompson* | */s/Stephen D. Stamboulieh* |
| Peter A. Patterson* | Stamboulieh Law, PLLC |
| Athanasia O. Livas* | P.O. Box 428 |
| COOPER & KIRK, PLLC | Olive Branch, MS  38654 |
| 1523 New Hampshire Avenue, N.W. | (601) 852-3440 |
| Washington, D.C. 20036 | stephen@sdslaw.us |
| (202) 220-9600 | MS Bar No. 102784 |
| dthompson@cooperkirk.com | |
| ppatterson@cooperkirk.com | Alan Alexander Beck |
| alivas@cooperkirk.com | Law Office of Alan Beck |
| *Admitted *pro hac vice* | 2692 Harcourt Drive |
| | San Diego, CA  92123 |
| David G. Sigale (Atty. ID# 6238103) | (619) 905-9105 |
| LAW FIRM OF DAVID G. SIGALE, P.C. | Alan.alexander.beck@gmail.com |
| 55 West 22nd Street | |
| Suite 230 | *Counsel for Morse Plaintiffs* |
| Lombard, Illinois 60148 | |
| 630.452.4547 | |
| dsigale@sigalelaw.com | |

*Counsel for Anderson Plaintiffs*

## CERTIFICATE OF SERVICE

I, Stephen D. Stamboulieh, counsel for the listed Plaintiffs, hereby certify that on this day, I have caused to be filed the foregoing document or pleading with the District Court's ECF which sent a notice and a copy of the foregoing to all counsel of record.

Dated: May 30, 2025.

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh