IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LARRY MORSE AND THEODORE RAY BUCK, JR.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> **KWAME RAOUL, in his Official Capacity as the Attorney General Of Illinois, et al,** ) <br> ) <br> **Defendants.** ) | Case No.: 3:22-cv-2740-DWD |

-------------------------------------------------------

| | |
|---|---|
| **CARLIN ANDERSON, and DAVE CLARK,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> **KWAME RAOUL, BRENDAN F. KELLY, CRAIG MILLER, and, BRYAN ROBBINS,** ) <br> ) <br> **Defendants.** ) | Case No.: 3:23-cv-728-DWD |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on September 5, 2025 (Doc. 109), Judgment is entered in favor of Defendants and against Plaintiffs.

Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED: September 8, 2025**

            **MONICA A. STUMP, Clerk of Court**

            *s/ Dana M. Winkeler*
            **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**