# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

September 22, 2025

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 25-2663<br><br>Caption:<br>LARRY MORSE and THEODORE RAY BUCK, JR.,<br>       Plaintiffs - Appellants<br><br>v.<br><br>KWAME RAOUL, et al.,<br>       Defendants - Appellees |
| District Court Nos: 3:22-cv-02740-DWD & 3:23-cv-00728-DWD<br>Clerk/Agency Rep Monica A. Stump<br>District Judge David W. Dugan<br><br>Date NOA filed in District Court: 09/22/2025 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)